AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JASON DONALD HILL,

                  Plaintiff,

                            JUDGMENT IN A CIVIL CASE

                  v.

BENTON COUNTY JAIL and STEVE KEANE,

                            CASE NUMBER: CV-11-5074-WFN

                  Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

September 13, 2011                                       JAMES R. LARSEN
*Date*                                                     *Clerk*

                                                                  s/ Sheila Parpolia
                                                                   *(By) Deputy Clerk*

                                                                 Sheila Parpolia